MARC E. MAYER (SBN 190969)
mem@msk.com
EMILY F. EVITT (SBN 261491)
efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff Voodoo SAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOODOO SAS, a company incorporated under the laws of France,<br><br>Plaintiff,<br><br>v.<br><br>LOOP GAMES, OYUN TEKNOLOJILERI ANONIM SIRKETI, a company incorporated under the laws of the Republic of Türkiye, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-6322<br><br>**PLAINTIFF VOODOO SAS'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 3-15** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-15 of the Northern District of California, Plaintiff Voodoo SAS ("Voodoo") hereby files its Corporate Disclosure Statement and Certification of Interested Entities or Persons.

Voodoo is a company incorporated under the laws of France. Voodoo's parent company is **Stan Holding** (838 075 455 RCS Paris). No other publicly held corporation owns 10% or more of Voodoo's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- **Stan Holding**
- **Alexandre Yazdi**

DATED: July 28, 2025

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/Marc E. Mayer
Marc E. Mayer
Emily F. Evitt
Attorneys for Plaintiff Voodoo SAS