UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOODOO SAS, a company incorporated under the laws of France,<br><br>       Plaintiff,<br><br>  v.<br><br>LOOP GAMES, OYUN TEKNOLOJILERI ANONIM SIRKETI, a company incorporated under the laws of the Republic of Türkiye, and DOES 1-10, inclusive,<br><br>       Defendants. | CASE NO. 25-cv-06322-SVK<br><br>[Assigned to Judge Susan Van Keulen]<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO CONTINUE MARCH 10, 2026 INITIAL CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED BY THE COURT<br><br>Complaint filed: July 28, 2025 |

~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE**

The Court has read and considered the Stipulation to Continue March 10, 2026 Initial Case Management Conference, and rules as follows:

1.      Loop Games shall have until **March 24, 2026** to respond to Voodoo's First Amended Complaint, and reserves all rights with respect to its response.

2.      The Initial Case Management Conference shall be continued to ~~April 21, 2026~~ May 12, 2026 at 9:30 a.m., ~~or any date thereafter so ordered by the Court.~~  A Joint Case Management Statement is due ~~two weeks~~ one week prior to the Initial Case Management Conference. The May 12 CMC will go forward if the case has not settled; the Court will not grant further continuances of the Initial CMC.

3.      The deadlines to (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (b) make initial disclosures; and (c) file a Joint Case Management Statement shall be reset accordingly based on the new date of the Initial Case Management Conference, with the same timing as set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF 8).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 9 , 2026

_Susan van Keulen_
Honorable Susan Van Keulen
United States Magistrate Judge

1                                    CASE NO. 3:25-cv-06322

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE**