UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOODOO SAS, a company incorporated under the laws of France,<br><br>    Plaintiff,<br><br> v.<br><br>LOOP GAMES, OYUN TEKNOLOJILERI ANONIM SIRKETI, a company incorporated under the laws of the Republic of Türkiye, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 25-cv-06322-SVK<br><br>[Assigned to Judge Susan Van Keulen]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE LOOP'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br>AS MODIFIED BY THE COURT<br><br>Complaint filed: July 28, 2025 |

CASE NO. 3:25-cv-06322

The Court has read and considered the Stipulation to Continue Loop's Deadline to Respond to the First Amended Complaint, and rules as follows:

1.      Loop Games shall have until **May 5, 2026** to respond to Voodoo's First Amended Complaint, and reserves all rights with respect to its response. No further extensions will be granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 22, 2026

_____

Honorable Susan Van Keulen
United States Magistrate Judge

1                                                        CASE NO. 3:25-cv-06322

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE
LOOP'S DEALDINE TO RESPOND TO FIRST AMENDED COMPLAINT**

21561295.1